OCTOBER 3, 1958.

No. 186.  PERRICONE v. NEW YORK STATE COMMISSION AGAINST DISCRIMINATION ET AL.  Appeal from the Court of Appeals of New York.  Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.  Petitioner *pro se*.  *Evelyn E. West* was on the stipulation for the New York State Commission Against Discrimination, appellee.  With her on a Motion to Dismiss or Affirm was *Milton Rosenberg*.  Samuel W. Eager, appellee, *pro se*, was also on the stipulation.

OCTOBER 6, 1958.

No. 312.  COMMERCIAL STEVEDORING Co., INC., v. A/S J. LUDWIG MOWINCKELS REDERI.  On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit.  Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court.  *Horace M. Gray* was on the stipulation for petitioner.  With him on the petition was *Leo F. Hanan*.  *James M. Estabrook* was on the stipulation for respondent.  With him on a brief in opposition to the petition was *Francis X. Byrn*.